[pic]

 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FACSIMILE

TO: OF: FAX NO.: PHONE NO.:
Mr. Franz Michael Stenglein Dewey Ballantine LLP 713-445-1533 713-445-
1500
Mr. David M. Bond Boyar & Miller, P.C. 713-552-1758 713-850-7766
Mr. David R. Deary Deary Montgomery Defeo & Canada 214-739-3879
214-360-9622
Mr. Tom C. Clark Dealey Zimmermann Clark Malouf & 214-559-4466 214-559-
4400
 MacFarlane

FROM: Clerk's Office
DATE: May 31, 2006
PAGES: (6), including cover page

RE: Case Number: 06-0358; IN RE DEUTSCHE BANK AG, DEUTSCHE BANK
 SECURITIES INC. D/B/A DEUTSCHE BANK ALEX. BROWN, INC., AND DAVID
 PARSE.

COMMENTS: The attached are copies of the notice requesting briefing on
 the merits and this Court's order staying trial court
 proceedings in the above referenced case. Hard copies will
 follow via mail. If you have any questions, please call.

 Thank you.

 Gena Pelham, Deputy
 (512)463-1312 ext. 41368
 [pic]

 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FACSIMILE

TO: OF: FAX NO.: PHONE NO.:
Honorable Fred W. Davis Judge, 17th District Court 817/884-1372
817//884-1460
Mr. Thomas A. Wilder Tarrant County District Clerk 817/212-7010
817/884-1574
Ms. Stephanie Lavake Clerk, Second Court of Appeals 817/884-1932
817/884-1900

FROM: Clerk's Office
DATE: May 31, 2006
PAGES: (6), including cover page

RE: Case Number: 06-0358; IN RE DEUTSCHE BANK AG, DEUTSCHE BANK
 SECURITIES INC. D/B/A DEUTSCHE BANK ALEX. BROWN, INC., AND DAVID
 PARSE

COMMENTS: The attached are copies of the notice requesting briefing on
 the merits and this Court's order staying trial court
 proceedings in the above referenced case. Hard copies will
 follow via mail. If you have any questions, please call.

 Thank you.

 Gena Pelham, Deputy
 (512) 463-1312 ext. 41368